**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 07-6988

_____

KELLIS DJON JACKSON,

                                        Petitioner - Appellant,

        versus

UNITED STATES OF AMERICA; REGINALD I. LLOYD,
United States Attorney; EDWARD F. REILLY, Jr.,
Parole  Chairman;  MATTHEW  B.  HAMMIDULLAH,
Warden, Custodian,

                                        Respondents - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  R. Bryan Harwell, District Judge.
(9:06-cv-02048-RBH)

_____

Submitted:  January 17, 2008        Decided:  January 23, 2008

_____

Before TRAXLER, SHEDD, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Kellis Djon Jackson, Appellant Pro Se.  Beth Drake, Assistant
United States Attorney, Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kellis Djon Jackson, a federal prisoner, appeals the district court's order adopting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Jackson v. United States, No. 9:06-cv-02048-RBH (D.S.C. June 8, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED